1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SFB 2016, LLC,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-01731 NONE JLT<br><br>**ORDER CLOSING THE ACTION**<br><br>(Doc. 5) |

　　　The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 5) Accordingly, the Clerk of Court is DIRECTED to assign a district judge to this case for purposes of closing it and to close this action.


IT IS SO ORDERED.

　　　Dated:   __January 27, 2021__              ___/s/ Jennifer L. Thurston___
                                                            UNITED STATES MAGISTRATE JUDGE